LAW OFFICES
## FUMUSO, KELLY, SWART, FARRELL, POLIN & CHRISTESEN, LLP

ALAN J. FUMUSO ◊
DOUGLAS J. SWART
JAMES F. FARRELL, JR.
SCOTT G. CHRISTESEN, R.Ph. ○
SETH KIRSCHBAUM
JORDAN KARP
CHRISTIAN A. FUMUSO
ANTHONY M. MAFFIA

OF COUNSEL

MICHAEL K. KELLY +
LORRAINE BERLUND POLIN, R.N.

ROBERT W. DeVERNA
(1949 - 2014)

◊ ADM N.Y. & COLO.
+ ADM N.Y. & FLA.
○ ADM N.Y. & CONN.

MAILING ADDRESS
110 MARCUS BOULEVARD
HAUPPAUGE, NEW YORK 11788-3704
(631) 232-0200 • FAX (631) 232-1305
www.fksfpc.com

JAMES B. REILLY
ANN D. SCHATTNER
JOSEPH P. ROSH
ALBERT E. RISEBROW
JUNE R. HERMAN
CATHERINE ANN BRENNAN
MICHELLE C. ACOSTA
SUZANNE LAVOIE, R.N
HUGO A.BASSO
KRISTIN N. MORO
ANTHONY MARINO
BRIAN T. REILLY
CHRISTINE M. CAWLEY
KATHLEEN A. MILLER
NICHOLAS J. ALBANESE

MARY L. SHARKEY
OFFICE ADMINISTRATOR

DONNA OZOLS
SENIOR PARALEGAL

November 17, 2020

**VIA ECF**
Honorable Paul Engelmayer
Thurgood Marshall
Unites States Courthouse
40 Foley Square
New York, New York 10007

Re: Jane Doe v. Institute for Family Health, et al.
    Docket No.: 20-CV-05155 (PAE) (KNF)
    Our File No.: OB1223

Dear Judge Engelmayer:

Please be advised we represent the defendants, Institute for Family Health, Family Health Center of Harlem, Dr. Yu Lin Ngu and Dr. John Pfail in the above-referenced claim. With the consent of plaintiff's counsel, we write to request an adjournment of the discovery conference which is currently scheduled for November 23, 2020.

There is some discrepancy as to the current insurance coverage of the aforementioned defendants. Specifically, there are multiple insurance carriers who hold different policies of coverage for the defendants, of whom have been noticed of the above claim. We are in the process of determining which policy will cover the claims alleged therein. Upon completion of same, the defendants will be in a better position to proceed with discovery and discuss the potential of early settlement of the claims.

With that being said, the undersigned respectfully requests an adjournment of the November 23, 2020, discovery conference, on

consent of the parties to January 11, 2020, or a date convenient for the court. Please do not hesitate to contact the undersigned if you have any questions or require further additional information.

> Respectfully submitted,
>
> FUMUSO, KELLY, SWART, FARRELL,
> POLIN & CHRISTESEN, LLP
>
> BY: KRISTIN N. MORO

Granted. The initial pretrial conference presently scheduled for November 23, 2020 at 2:00 p.m. is rescheduled for January 11, 2021 at 3:00 p.m.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

November 18, 2020