UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JANE DOE,

                              Plaintiff,

        -v-

INSTITUTE FOR FAMILY HEALTH; FAMILY HEALTH CENTER OF HARLEM; DR. YU LIN NGU; DR. JOHN PFAIL.

                              Defendants.

20 Civ. 5155 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

In light of the parties' settlement in principle, Dkts. 57, 61, the case management conference scheduled for November 15, 2021 at 4 p.m. is adjourned.

SO ORDERED.

                                                     *Paul A. Engelmayer*
                                                     PAUL A. ENGELMAYER
                                                     United States District Judge

Dated: November 15, 2021
       New York, New York